Cesira Calzavara et al., Appellants, v. Henry A. Scandrett et al., Trustees, Appellees.

Gen. No. 41,367.

opinion filed December 23, 1940.

Irving M. Greenfield and Julius S. Neale, for appellants; M. L. Bluhm and Edwin R. Eckersall, for appellees; C. S. Jefferson, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''